# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand and fourteen.

Before:     Ralph K. Winter,
                    *Circuit Judge*.

_____

The A Star Group, LLC,
    Plaintiff - Appellant-Cross-Appellee,

                             **ORDER**

   v.                          Docket No. 14-2738 (L);
                                            14-2877 (XAP);

Manitoba Hydro, KPMG LLP (Canada), KPMG LLP (US),    14-2882 (XAP);
Manitoba Public Utilities Board,                       14-2884 (XAP)
    Defendants - Appellees-Cross-Appellants.

_____

Appellant-Cross-Appellee moves to remove this appeal from the expedited appeals calendar.  The parties stipulate to withdraw that motion, correct the caption, and to set a briefing schedule such that: (1) Appellant-Cross-Appellee's opening brief is due November 10, 2014; (2) Appellees-Cross-Appellants' opening brief is due December 8, 2014; (3) Appellant-Cross-Appellee's response and reply brief is due January 12, 2015; and (4) Appellee-Cross-Appellant's reply brief is due January 27, 2015.

IT IS HEREBY ORDERED that the motion to remove the case from the XAC is GRANTED.  The proposed briefing schedule is SO ORDERED.  The request to amend the caption will be addressed via separate order.

                    For the Court**:**
                    Catherine O'Hagan Wolfe,
                    Clerk of Court

